TIMKEN CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., NTN CORP., KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., NSK LTD., AND NSK CORP., DEFENDANT-INTERVENORS

Court No. 92-03-00162

(Dated February 24, 1995)

## JUDGMENT

TSOUCALAS, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Results of Redetermination Pursuant to Court Remand, *Timken Co. v. United States,* Slip Op. 94-150 (Sept. 23, 1994) ("Remand Results"), and any comments to the Remand Results submitted by the parties, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration, are affirmed; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.